FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JUN 14

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EAGLE POWER SERVICES, INC., )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-280
)
MANIKANTAN KOIKAL MATHUNNI, )
)
    Defendant. )
)

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of June 2013.

                                           WILLIAM T. MOORE, JR.
                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF GEORGIA